IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOVENTA OCHO, LLC,
a Florida Limited Liability Company,

       Plaintiff,

v.

PBD PROPERTIES, L.L.C.,
a Florida Limited Liability Company,
and WILLIAM E. PITTS

       Defendants.


PBD PROPERTIES, L.L.C.,                             No. 3:07cv453/RV/EMT

       Counterclaim Plaintiff,

v.

NOVENTA OCHO, LLC,
CHRIS E. CADENHEAD, LARRY
ANCHORS, WAYNE ROGERS, and
JIM BURGESS,

       Counterclaim Defendants.
_____/

## **ORDER**

       This cause was heard on the Motion for Temporary Injunction of Plaintiff, NOVENTA

OCHO, LLC.  The Court conducted an evidentiary hearing on December 14, 2007, at which the

Court heard and considered the arguments of counsel and considered the evidence submitted by

the parties.  The Court's findings as set forth in the transcript are incorporated and made a part of

this Order.

       It is now DONE AND ORDERED:

1.      Plaintiff's Motion for Temporary Injunction is **GRANTED**.

2.      Plaintiff has satisfied each of the necessary elements for a preliminary injunction,

in accordance with the Court's findings as set forth during the hearing, the

transcript of which is incorporated and made a part of this Order.  Thus, the Court

finds: (a) the Plaintiff has established a substantial likelihood of success on its

breach of contract claim; (b) the funds and assets at issue (referred to as the Letter

of Credit Amount) are identifiable and are properly the subject of injunctive

relief; (c) irreparable injury in dissipation or removal of the identifiable funds and

assets likely will result to Plaintiff in the absence of this injunction and Plaintiff is

without an adequate remedy at law; (d) the Defendants will not suffer any undue

harm from the issuance of this injunction; and (e) this injunction will be in the

public interest to ensure the performance of contracts.

3.      Defendants, WILLIAM E. PITTS and PBD PROPERTIES, LLC, shall place into

the Registry of the Court, ONE MILLION TWO HUNDRED FIFTY-FIVE

THOUSAND, SEVEN HUNDRED TWENTY-TWO DOLLARS AND ZERO

CENTS ($1,255,722.00) within seven (7) days from December 14, 2007.  In the

event WILLIAM E. PITTS and PBD PROPERTIES, LLC are unable to comply

with this Order, said Defendants shall provide this Court with an explanation for

said failure to perform no later than seven (7) days from December 14, 2007.

4.      Effective immediately, as of December 14, 2007, Defendants, WILLIAM E.

PITTS and PBD PROPERTIES, LLC, their officers, agents, servants, employees,

and attorneys, and those persons in active concert or participation with

Defendants, are enjoined and ordered not to withdraw, draw, or move any funds,

assets or collateral now located in the Fifth Third Bank at whatever branch or location it may be, until the deposit of $1,255,722.00 is made into the Registry of the Court as required by Paragraph 3 above or as necessary to effectuate such deposit.

5.      Plaintiff shall post a Preliminary Injunction Bond in the amount of TWO HUNDRED FIFTY THOUSAND DOLLARS AND ZERO CENTS ($250,000.00) to the Court on December 17, 2007.  The Court finds the above referenced amount adequate to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained.

6.      This preliminary injunction shall be binding on the parties to this action, their officers, agents, servants, employees, and attorneys, and on persons in active concert or participation with them who receive actual notice of the preliminary injunction.

7.      This Preliminary Injunction shall remain in effect until further order of the Court.

ORDERED this 20th day of December 2007, at 4:30 p.m., CST, Pensacola, Florida, *nunc pro tunc* to December 14, 2007.

/s/ *Roger Vinson*

**Roger Vinson**
Senior United States District Judge